Ruffen, Judge.
 

 — The Court does not decide the seCond point in this stage of the case. Upon a bill to redeem or foreclose, when the mortgage is established, un-leas the parties agree to a decree upon the answer, it is the established law of the Court, that a reference to the Master, to ascertain what is due on the foot o? the mortgage, is of course, upon the motion of either party. The Court therefore does not enter upon the question of t!w solvency of the obligors in the bonds transferred j or of ihe
 
 laches
 
 of the Plaintiffs. Those matters will come up, when the report comes in. They properly belong to the accounts to be taken | and it might be a surprize to both parties to enter into them now, as they may not luive. prepared their testimony to those points, expecting to offer it before the Master. The usual reference is there. fr*’-e >ird“v<-d,
 

 
 *420
 
 Per Curiam.
 

 — Declare that the conveyance made to the Defendant,
 
 Nelson,
 
 with a covenant, of special warranty only, conforms to the agreement of the parties, and decree that the Plaintiffs are barred of relief, by reason. of any defect of title in a part of the land conveyed by them to
 
 Nelson,
 
 if such defect exists, and direct an account of what is due the Plaintiffs for principal and interest on the mortgage, including such costs as they have necessarily incurred, in prosecuting suits on the bonds assigned by the Defendant,
 
 Nelson,
 
 to-them.